B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

**WESTERN DISTRICT OF OKLAHOMA**

In re: George Warren Siereveld                                              Case No. 20-11245-JDL

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Servis One, Inc. DBA BSI Financial Services | Mortgage Solutions of Colorado, LLC *dba* Mortgage Solutions Financial |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Servis One, Inc. dba BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Court Claim # (if known): 11
Amount of Claim: $67,039.06
Date Claim Filed: 5/21/2020

Phone: _____
Last Four Digits of Acct #: XXXXXX7512

Phone: 866-204-1023
Last Four Digits of Acct. #: 8858

Name and Address where transferee payments should be sent (if different from above):

Servis One, Inc. dba BSI Financial Services
314 S. Franklin St., 2nd Floor
Titusville, PA 16354

Phone: _____
Last Four Digits of Acct #: XXXXXX7512

KRF File #44561/AF

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____s/Michael George_____     Date: May 10, 2022
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

                                                **KIVELL, RAYMENT and FRANCIS, P.C.**

                                                  _s/Michael George_____
                                                  Brian J. Rayment, OBA #7441
                                                  Michael George, OBA #22570
                                                  Triad Center I, Suite 550
                                                  7666 East 61st Street
                                                  Tulsa, OK 74133
                                                  Phone: (918) 254-0626
                                                  Facsimile: (918) 254-7918
                                                  E-mail: mgeorge@kivell.com
                                                  **ATTORNEYS FOR CREDITOR**

## <u>CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION</u>

       I hereby certify that May 10, 2022, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

Monte J. White
1106 Brook Ave.
Hamilton Place
Wichita Falls, TX 76301
*Service accomplished through Court's CM/ECF system.

John Hardeman
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK  73101
*Service accomplished through Court's CM/ECF system.

                                                   s/Michael George_____
                                                  Michael George, OBA #22570

KRF File #44561/AF